IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DARRELL L. JACKSON,
    Plaintiff,

vs.                         CASE NO.: 5:09cv338/RH/MD

FLORIDA DEPARTMENT OF
FINANCIAL SERVICES, et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2). The court notes that the prisoner consent form signed by plaintiff is an outdated version which reflects a filing fee of $150.00. The current filing fee for a civil case is $350.00. Because a prisoner who has been granted leave to proceed *in forma pauperis* is ultimately responsible for the entire amount, it is important that litigants are aware of the liability they incur by filing suit.

Accordingly, it is ORDERED:

1.     Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DEFERRED.

2.     The clerk is directed to send plaintiff a current prisoner consent form, which plaintiff shall fill out and file within thirty (30) days. Plaintiff need not resubmit his account information.

3.     Plaintiff's failure to comply with this order will result in denial of his motion to proceed *in forma pauperis*.

DONE AND ORDERED this 21st day of October, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**