**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

DARRELL L. JACKSON,

      Plaintiff,

v.                                             CASE NO. 5:09cv338-RH/MD

FLORIDA DEPARTMENT OF
FINANCIAL SERVICES, et al.,

      Defendants.

_____/

**ORDER DENYING TEMPORARY RESTRAINING
ORDER AND PRELIMINARY INJUNCTION**

This case is before the court on the magistrate judge's report and recommendation, the plaintiff's motion to extend the deadline for filing objections, and the plaintiff's objections. I have reviewed *de novo* the issues raised by the objections. Upon consideration,

IT IS ORDERED:

1. The plaintiff's motion (document 14) to extend the deadline for filing objections to the report and recommendation is GRANTED. The objections (document 15) are deemed timely and have been considered on the merits.

2.  The report and recommendation (document 13) is ACCEPTED.  The motions for a temporary restraining order and a preliminary injunction (documents 7 and 8) are DENIED.

3.  The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on November 24, 2009.

s/Robert L. Hinkle
United States District Judge
